# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAAC A. SAVALA,<br><br>          Plaintiff,<br><br>v.<br><br>A. LUCERO,<br><br>          Defendant. | Case No. 2:17-cv-01411-APG-PAL<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>(ECF No. 6) |

       Plaintiff Isaac Savala moves for default judgment. However, Savala has not first moved for entry of clerk's default as required under Federal Rule of Civil Procedure 55(a). Moreover, it does not appear a summons was issued by the court because Savala has moved to proceed in forma pauperis and his application has not yet been approved by the court. As the court informed the plaintiff through an advisory letter, the court "will review your complaint before docketing and service of defendants." ECF No. 2 at 1. "This process may take many months," and the court "will order service upon defendants when it is time to do so." *Id.* at 2-3.

       IT IS THEREFORE ORDERED that the plaintiff's motion for default judgment **(ECF No. 6) is DENIED.** The court has received your application to proceed in forma pauperis and your complaint, and will review the application and screen the complaint in due course.

       DATED this 16th day of March, 2018.

                                                      ANDREW P. GORDON
                                                      UNITED STATES DISTRICT JUDGE