# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC A. SAVALA, | Case No.: 2:17-cv-01411-APG-BNW |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| A. LUCERO, | |
| Defendant | |

On May 10, 2019, I ordered plaintiff Isaac Savala to show cause why this case should not be dismissed for failure to notify the court of a change in address. ECF No. 26. I warned Savala that failure to respond to the order to show cause would result in dismissal of this case. *Id.* Savala did not respond to the order and he has not otherwise updated his address.

IT IS THEREFORE ORDERED that plaintiff Isaac Savala's complaint (ECF No. 9) is dismissed and the clerk of court is instructed to enter judgment in favor of defendant A. Lucero and against plaintiff Isaac Savala.

DATED this 11th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE